UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARGONAUT INSURANCE
COMPANY, a Foreign Corporation,

        Plaintiff,

v.                              Case No.: 6:23-cv-01378-CEM-LHP

CM GLAZING, LLC D/B/A ACME
GLASS CONTRACT GLAZING, a
Florida Limited Liability Company, *et al.*,

        Defendants.

_____/

## JOINT MOTION AND STIPULATION
## TO ENTRY OF FINAL JUDGMENT

Plaintiff, Argonaut Insurance Company ("Argonaut"), and Defendants, CM
Glazing, LLC d/b/a Acme Glass Contract Glazing, Basso CM Glazing Holdings,
LLC, Gellein CM Glazing Holdings, LLC, now known as Basso CM Glazing
Holdings II, LLC, Basso Enterprises, LLC, 20 Nashville, LLC, Walter Basso, Jr.,
Walter Basso, Sr., and Carol A. Basso ("Defendants"), through counsel, and pursuant
to, *inter alia*, Local Rule 3.01, jointly move and stipulate to entry of Final Judgment in
Argonaut's favor and against Defendants, and state as follows:

1.     Defendants stipulate to entry of final judgment in Argonaut's favor and
against them, jointly and severally, in the amount $8,892,134.00, as set forth in the
Final Judgment attached hereto as **Exhibit A**.

2.      Defendants, having consulted with counsel, stipulate to entry of the attached Final Judgment voluntarily and not as the result of mistake, fraud, duress, lack of power to compromise, undue influence, lack of capacity, illegality, ultra vires, or any other form of defense.

3.      Argonaut and Defendants respectfully request that the Court grant the parties' Joint Motion and Stipulation to Entry of Final Judgment and approve this Stipulation and enter, or direct the Clerk of the Court to enter, the attached Final Judgment in Argonaut's favor and against Defendants.

Respectfully submitted,

*/s/ Chesley "Chet" G. Moody, Jr.*
CHESLEY "CHET" G. MOODY, JR., ESQ.
Florida Bar No. 544426
MOODY & GRAF, P.A.
1101 N. Lake Destiny Rd., Suite 200
Maitland, FL 32751
Telephone: (407) 755-6900
Facsimile: (407) 755-6913
cmoody@moodygraf.com
amartinez@moodygraf.com
*Counsel for Defendants*

*/s/ Robert C. Graham, Jr.*
BRETT D. DIVERS, ESQ.
Florida Bar No.
bdivers@pdtlegal.com
ROBERT C. GRAHAM, JR., ESQ.
Florida Bar No. 105951
rgraham@pdtlegal.com
PASKERT DIVERS THOMPSON
100 N. Tampa St., Ste. 3700
Tampa, FL 33602
Telephone: (813) 229-3500
Facsimile: (813) 229-3502
*Counsel for Argonaut Insurance Company*

CM GLAZING, LLC D/B/A ACME
GLASS CONTRACT GLAZING

By: _____

Print Name: _Walter Basso_

Its: _President_

Date: _4/23/25_

ARGONAUT INSURANCE
COMPANY

By: _____

Print Name: _THOMAS A. McGETTRICK_

Its: _AVP SURETY CLAIMS, COUNSEL_

Date: _April 24, 2025_

2

**BASSO CM GLAZING HOLDINGS, LLC**

By: _____

Print Name: _Walter Basso_

Its: _President_

Date: _4/23/25_

**GELLEIN CM GLAZING HOLDINGS, LLC, now known as BASSO CM GLAZING HOLDINGS II, LLC**

By: _____

Print Name: _Walter Basso_

Its: _Managing Partner_

Date: _4/23/25_

**BASSO ENTERPRISES, LLC**

By: _____

Print Name: _Christian Basso_

Its: _President_

Date: _4/22/25_

**20 NASHVILLE, LLC**

By: _____

Print Name: _Walter Basso_

Its: _Managing Partner_

Date: _4/23/25_

**WALTER BASSO, JR.**

_____

Date: _4/23/25_

**WALTER BASSO, SR.**

_____

Date: _4/22/25_

**CAROL BASSO**

_____

Date: _4/22/25_

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which provided electronic notice to all counsel of record.

/s/ Robert C. Graham, Jr.
Attorney